**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

| | |
|---|---|
| **BLM OF THE SHENANDOAH VALLEY LLC, et. al.,** | ) Case Number: **5:21-cv-00060** </br> ) |
| **Plaintiff,** | ) </br> ) |
| v. | ) </br> ) </br> ) </br> ) |
| **DONALD SMITH, et. al.,** | ) |
| **Defendant.** | ) |

### MOTION FOR ADMISSION PRO HAC VICE

**COMES NOW** counsel for the Plaintiffs, Amina Matheny-Willard, a member of the bar of this Court, pursuant to Local Civil Rule 6(d), and **MOVES** this Honorable Court for admission *pro hac vice* of Zachary Timothy Peter Lawrence. The grounds for the motion are as follows:

1. Zachary Timothy Peter Lawrence is the managing member of Lawrence Law Firm PLLC. Mr. Lawrence has been engaged to assist in this matter. Mr. Lawrence is experienced in federal statutory torts, specifically actions involving civil rights and Section 1983.

2. Mr. Lawrence's contact information is:

   Zachary Timothy Peter Lawrence, Esq.
    Lawrence Law Firm PLLC
   598 E. Main Street
   Little Falls, NY 13365
   Tel: (202) 468-9486
   zach@zlawpllc.com

3. Mr. Lawrence is a member in good standing of the New York State Bar (#579202). He is admitted to practice in the highest court of the State of New York.

Amina Matheny-Willard, PLLC
999 Waterside Drive, Suite 2525
Norfolk, Virginia 23510
Amina Matheny-Willard, Esq.
Cell: 757.652.6462
(757-65-A-M-I-N-A)
Firm Tel.: 757.777.3441
Firm Text: 757.239.3961
Firm Fax: 757.282.7808
Email: amina@aminalaw.com
**PARALEGAL**
Ameera Matheny / Cell: 757.633.9891
Email: ameera@aminalaw.com

4. Mr. Lawrence is registered as a Filing User on PACER and will register as a Filing User with the Western District of Virginia Electronic Case Filing Registration pursuant to Fed. R. Civ. P 5(b) and 77(d) once the instant motion is granted.

**WHEREFORE,** based on the foregoing, Counsel respectfully requests that this Court enter an ORDER admitting Zachary Timothy Peter Lawrence, *pro hac vice* for this case on behalf of Plaintiffs and further request that Mr. Lawrence be allowed to electronically submit and receive notice of documents filed in the ECF system for this matter.

Dated: April 5, 2023

***Respectfully Submitted,***

*[signature]*

Amina Matheny-Willlard (VSB #43566)
Amina Matheny-Willlard, Attorney at Law
999 Waterside Drive Suite 2525
Norfolk VA 23510
Tel: (757) 777-3441
amina@aminalaw.com
***Counsel for Plaintiffs***

Amina Matheny-Willard, PLLC
999 Waterside Drive, Suite 2525
Norfolk, Virginia 23510
Amina Matheny-Willard, Esq.
Cell: 757.652.6462
(757-65-A-M-I-N-A)
Firm Tel.: 757.777.3441
Firm Text: 757.239.3961
Firm Fax: 757.282.7808
Email: amina@aminalaw.com
**PARALEGAL**
Ameera Matheny / Cell: 757.633.9891
Email: ameera@aminalaw.com

**CERTIFICATE OF SERVICE**

 I, Amina Matheny-Willlard, Counsel for Plaintiffs in this matter, hereby certify, under penalty of perjury, that on April 5, 2023, I filed the foregoing Motion for Admission *Pro Hac Vice* electronically through this Court's CM-ECF electronic filing system, and that the system will send a copy to each of the following Counsel representing parties in this case:

Rosalie Pemberton Fessier, Esquire
Timberlake Smith
Post Office Box 108
Staunton Virginia 24402
Tel: (540) 885-1517
Facsimile: 540-885-4537
Email: rfessier@timberlakesmith.com

Chris Okay, Esquire
117 S. Lewis Street, Suite 218
Staunton, Virginia 24401
Tel.: (540) 466-3130
Email: chrisokay@icloud.com

Peter Thos. Hansen, Esquire
65 Culpeper Street
Warrenton, Virginia 20186
Tel.: (540) 347-0010
Email: peter@hansenandhansenlaw.com

on: **April 05, 2023**.

*/s/ Amina Matheny-Willard*

Amina Matheny-Willard, *Counsel for Plaintiffs (VSB #43566)*

Amina Matheny-Willard, PLLC
999 Waterside Drive, Suite 2525
Norfolk, Virginia 23510
Amina Matheny-Willard, Esq.
Cell: 757.652.6462
(757-65-A-M-I-N-A)
Firm Tel.: 757.777.3441
Firm Text: 757.239.3961
Firm Fax: 757.282.7808
Email: amina@aminalaw.com
**PARALEGAL**
Ameera Matheny / Cell: 757.633.9891
Email: ameera@aminalaw.com